RICHARD P. SYBERT (SBN: 80731)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5901 Priestly Drive, Suite 308
Carlsbad, CA 92008
Telephone: (619) 230-7768

CHRISTOPHER D. STRUNK (SBN: 214110)
cstrunk@grsm.com
HANNAH E. BROWN (SBN: 311158)
hbrown@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants CPG CATNET INCORPORATED d/b/a Category Management Association; CATEGORY MANAGEMENT KNOWLEDGE GROUP; MGMT3D, LLC; BLAINE ROSS; GORDON WADE; JOHN DRAKE; DANIEL STRUNK; MICHAEL SKILLINGSTAD; PHIL MCGRATH; MICHAEL MCMAHON; SUE NICHOLLS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEARNING EVOLUTION, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> CPG CATNET INCORPORATED dba Category Management Association, a Texas and Minnesota corporation; CATEGORY MANAGEMENT KNOWLEDGE GROUP, a Canadian Company; MGMT3D, LLC, a Minnesota Limited Liability Company; BLAINE ROSS, an Individual; GORDON WADE, an Individual; JOHN DRAKE, an Individual; DANIEL STRUNK, an Individual; MICHAEL SKILLINGSTAD, an Individual; PHIL MCGRATH, an Individual; MICHAEL MCMAHON, an individual; SUE NICHOLLS, an Individual, <br><br> Defendants. | Case No. 3:20-cv-02153-TWR-WVG <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** <br><br> District Judge: Todd W. Robinson <br><br> Magistrate Judge: William V. Gallo <br><br> Action Filed: 11/03/20 <br><br> **Hearing Date:** May 26, 2021 at 1:30 p.m. |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 26, 2021 at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 3A before the Honorable Todd W. Robinson of the above entitled court, Defendants CPG Catnet Incorporated d/b/a Category Management Association; Category Management Knowledge Group; MGMT3D, LLC; Blaine Ross; Gordon Wade; John Drake; Daniel Strunk; Michael Skillingstad; Phil McGrath; Michael McMahon; and Sue Nicholls will and hereby move to dismiss this case in its entirety. Defendants move to dismiss Plaintiff Learning Evolution, LLC's complaint for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), improper venue under Rule 12(b)(3), and failure to state a claim upon which relief can be granted under Rule 12(b)(6).

This motion is based upon this notice and motion, the accompanying memorandum of points and authorities, the attached declarations, all other papers on file in this action, all matters of which the Court may properly take judicial notice, and any further documentary evidence and oral argument that this Court may accept during the hearing.

This motion is filed following a meet and confer conference of counsel that occurred on January 25, 2021.

| | | |
|---|---|---|
| 1 | Dated: January 29, 2021 | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | | |
| 3 | | By: */s/ Hannah E. Brown* |
| 4 | | Richard P. Sybert |
| 5 | | Christopher D. Strunk<br>Hannah E. Brown |
| 6 | | |
| 7 | | Attorneys for Defendants<br>CPG CATNET INCORPORATED |
| 8 | | d/b/a Category Management<br>Association; CATEGORY |
| 9 | | MANAGEMENT KNOWLEDGE |
| 10 | | GROUP; MGMT3D, LLC; BLAINE<br>ROSS; GORDON WADE; JOHN |
| 11 | | DRAKE; DANIEL STRUNK; |
| 12 | | MICHAEL SKILLINGSTAD; PHIL<br>MCGRATH; MICHAEL |
| 13 | | MCMAHON; SUE NICHOLLS |