

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Learning Evolution, LLC, a California Limited Liability Company | **Civil Action No.** 20cv02153-TWR-WVG |
| **Plaintiff,** | |
| V. | |
| CPG Catnet Incorporated, a Texas and Minnesota corporation dba Category Management Association, a Texas and Minnesota corporation | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that Plaintiff did not file a timely amended complaint curing deficiencies outline in Order (ECF No. 40). This action is dismissed without prejudice without further Order of the Court. Case is closed.

**Date:** _____3/8/22_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  T. Hernandez_____

T. Hernandez, Deputy